No. 04–312. AMERICAN CHIROPRACTIC ASSN., INC., ET AL. *v.* TRIGON HEALTHCARE, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–313. PORTLAND PUBLIC SCHOOLS, MULTNOMAH SCHOOL DISTRICT NO. 1, ET AL. *v.* SETTLEGOODE. C. A. 9th Cir. Certiorari denied.

No. 04–315. WILFERT BROTHERS REALTY CO. ET AL. *v.* MASSACHUSETTS COMMISSION AGAINST DISCRIMINATION ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 04–316. UMS GENERALI MARINE S. P. A., FKA UNIONE MEDITERRANEA DI SICURTA *v.* ADAMS ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–325. BRACKMAN *v.* INDIANA ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–342. KINDER *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.

No. 04–343. RIOS-DE AGUAYO *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–360. HERNANDEZ-GALICIA ET AL. *v.* ASHCROFT, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–415. LATIMER *v.* BURT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–455. MORSE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5440. BEAUDOIN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–5584. NEWTON *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04–5681. BENEFIEL *v.* DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.